**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **ELESHA A. STOREY,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 1:24-cv-00692-SEB-MG** |
| **CNO FINANCIAL GROUP,** | |
| **Defendant.** | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Elesha A. Storey and CNO Financial Group, (collectively, the "Parties"), hereby stipulate to the dismissal of all claims in this cause of action in their entirety, with prejudice, the parties to bear their own costs, including attorneys' fees.

Respectfully submitted,

/s/ *Elesha Storey*
/s/ Elesha Storey (Sep 6, 2024 21:04 CDT)
Elesha A. Storey
609 Cedarwood Street
Aubrey, TX  76227
storeyelesha@gmail.com

*Plaintiff, Pro Se*

/s/ *Sarah R. Doty*
Michael A. Moffatt
Sarah R. Doty
LITTLER MENDELSON, P.C.
111 Monument Circle, Suite 702
Indianapolis, Indiana 46204
Telephone:  317-287-3525
Facsimile:   317-636-0712
mmoffatt@littler.com
sdoty@littler.com

*Attorneys for Defendant*

4858-1327-4587.1 / 054835-2185